UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF MICHIGAN

In re:

**Andrea J. Averill,**

            Debtor(s).

_____/

Chapter 13

Case No. 14-04375

Hon. John T. Gregg

## NOTICE OF APPEARANCE

    PLEASE TAKE NOTICE that the law firm of FABRIZIO & BROOK, P.C. appears on behalf of Creditor, Wells Fargo Dealer Services, in this action and requests that all further pleadings and correspondence filed regarding this matter be sent to the undersigned.

                          FABRIZIO & BROOK, P.C.

DATED: October 16, 2014        /s/ John D. Stoddard
                                      JOHN D. STODDARD (P56411)
                                      700 Tower Dr., Ste. 510
                                      Troy, MI 48098
                                      (248) 362-2600
                                      bankruptcy@fabriziobrook.com