United States Bankruptcy Court
Western District of Michigan

In re:  
Andrea J. Averill  
      Debtor

Case No. 14-04375-jtg  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0646-1     User: botmak     Page 1 of 1     Date Rcvd: Jun 07, 2016  
                         Form ID: pdf019     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 09, 2016.  
db          +Andrea J. Averill,   13396 Lime Lake Dr.,   Sparta, MI 49345-9523

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                          TOTAL: 0

         ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                           TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 09, 2016                                      Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 3, 2016 at the address(es) listed below:  
         Brett N. Rodgers     ecf@rodgersch13.com, backup1@rodgersch13.com  
         John D. Stoddard    on behalf of Creditor    Wells Fargo Dealer Services    bankruptcy@fabriziobrook.com  
         Stephen C. Corwin    on behalf of Debtor Andrea J. Averill Bilek_corwinlaw@yahoo.com  
                                                                                                       TOTAL: 3

UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF MICHIGAN

IN RE:
ANDREA J AVERILL

13396 LIME LAKE DR

SPARTA         MI  49345-0186

Debtor(s)  /

Case No:   GG 14-04375
Date Filed: 6/26/14
Chapter 13
Honorable John T. Gregg

## TRUSTEE'S MOTION TO DISMISS THE CHAPTER 13 PROCEEDINGS AND NOTICE OF MOTION PURSUANT TO 11 U.S.C. 1307(c)

The Chapter 13 Trustee, **Brett N. Rodgers**, hereby moves this Court to dismiss the above captioned Chapter 13 case for the following reasons pursuant to 11 U.S.C. 1307(c):

(X)  1307(c)(6)  Material default by the debtor with respect to a term of a confirmed plan:
   (X)  Other: Failure to provide 2015 tax returns and refunds

Note:  As a result of the above Motion being made, your case could be converted to a Chapter 7 case.

### NOTICE OF MOTION

Take notice that if a timely response is filed the within motion will be heard before the Honorable John T. Gregg on July 14, 2016 at 12:00 P.M.  This hearing will be held at the U.S. Bankruptcy Court, One Division Ave NW, 3rd Floor, Courtroom C, Grand Rapids, MI 49503.

If you wish to oppose the Motion you must filed a written response with the Bankruptcy Court at One Division Ave N, Room 200, Grand Rapids, MI 49503 and serve a copy upon the Chapter 13 Trustee at 99 Monroe Ave NW, Suite 601, Grand Rapids, MI 49503 within 30 days of the date on which the Bankruptcy Noticing Center (BNC) served this Motion to Dismiss.  The response filed must comply with Local Bankruptcy Rule 9013(d) and must state with particularity the reasons why the Trustee's Motion should not be granted.  If a timely response is not filed, the Chapter 13 Trustee may at any time after the expiration of the 30 day period, file with the Court a certificate stating that no timely response or request for hearing has been filed together with a proposed Order Dismissing the case and cancel the scheduled hearing date as moot.

Dated:        6/3/2016

/s/ **Brett N. Rodgers**
**Brett N. Rodgers, Trustee**

### PROOF OF SERVICE

This Motion to Dismiss was served electronically upon the attorney for the debtor(s), if applicable, and the debtor(s) by the BNC.

**ATTORNEY FOR DEBTOR(S):**             CORWIN LAW & CONSULTING PLC