UNITED STATES BANKRUPTCY COURT
FOR WESTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| IN RE: | CHAPTER 13 |
| ANDREA J AVERILL | CASE NO: GG 14-04375 |
| | FILED:  6/26/14 |
| 13396 LIME LAKE DR | |
| SPARTA, MI  49345-0186 | |
| DEBTOR (S) | |

NOTICE OF WITHDRAWAL OF MOTION TO DISMISS

   Now comes the Chapter 13 Trustee, Brett N. Rodgers, and hereby withdraws his Motion to Dismiss previously filed in this matter and scheduled for a hearing before this Court on July 14, 2016.

   This Notice of Withdrawal of Motion to Dismiss shall be filed with the Bankruptcy Court and shall be served by mailing a copy thereof to the Trustee, the Debtor(s), and the attorney for the Debtor(s) at the respective post office addresses appearing of record herein.

Dated:  June 10, 2016                     /s/ Brett N. Rodgers
                                          Brett N. Rodgers
                                          Chapter 13 Trustee
                                          99 Monroe Ave NW Suite 601
                                          Grand Rapids, MI  49503

SERVED ON:

June 10, 2016

BY:    JOE TERPSTRA, of the Chapter 13 Trustee's Office.


ATTORNEY FOR DEBTOR:

   CORWIN LAW & CONSULTING PLC
   297 W CLAY AVENUE
   SUITE 101
   MUSKEGON, MI  49440-