UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF MICHIGAN

IN RE:  
ANDREA J AVERILL   xxx-xx-4738

GG 14-04375  
6/26/14

## AMENDED ORDER DIRECTING EMPLOYER TO PAY TRUSTEE

The above-noted debtor has filed a Chapter 13 Bankruptcy Case and has consented to the deduction of plan payments directly from his/her wages to the Chapter 13 Trustee.

**THEREFORE, IT IS HEREBY ORDERED** that the debtor's employer,

**MERCY HEALTH PARTNERS**
**1500 E SHERMAN BLVD**
**MUSKEGON, MI  49444-**

shall deduct the sum of **$424.51 PER Bi-Weekly PAY** beginning the next pay period following the receipt of this Order and remit said amount to:

**Brett N. Rodgers, Trustee**
**CHAPTER 13 TRUST ACCOUNT**
**2482 Momentum Place**
**Chicago, IL 60689-5324**

The Trustee so appointed herein or his successor in interest: /s/ Brett N. Rodgers

**IT IS FURTHER ORDERED** that all earnings of the debtor, except amounts requested to be withheld by any provisions of the laws of the United States, this state or any political subdivision, or by any insurance, pension or union dues agreement between the employer and the debtor, or by Order of this Court, be paid to the debtor in accordance with the employer's usual payroll procedure.

**IT IS FURTHER ORDERED** that no deductions for any garnishment, wage assignment, credit union or other purpose not specifically authorized by this Court, be made from the earnings of said debtor, except Friend of the Court, if applicable, and [other possible deductions].

**IT IS FURTHER ORDERED** that a copy of this Order be served upon the debtor(s), attorney for the debtor(s) (if applicable), Chapter 13 Trustee and employer.

RETURN FOR SERVICE TO: Trustee, 99 Monroe Ave NW Ste 601, Grand Rapids, MI  49503

SERVED BY MAIL:  Served By: _____   Date: _____

EMPLOYER:  SEE ABOVE

DEBTOR:  **ANDREA J AVERILL**
**13396 LIME LAKE DR**

**SPARTA, MI  49345-0186**

ATTORNEY:  **CORWIN LAW & CONSULTING PLC**
**297 W CLAY AVENUE**
**SUITE 101**
**MUSKEGON, MI  49440-**

END OF ORDER

**IT IS SO ORDERED.**

**Dated August 29, 2016**



Daniel M. LaVille
Clerk of Court