UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| In Re: | Case #: 14-04375 |
| | Chapter 13 |
| Andrea J. Averill | Filed: June 26, 2014 |
| Debtor. | Hon. John T. Gregg |

**DEBTOR'S RESPONSE IN OPPOSITION TO TRUSTEE'S MOTION TO DISMISS**

*NOW COMES* Andrea J. Averill, Debtor, by and through counsel, and respectfully opposes Trustee's Motion to Dismiss for the reason that Debtor has faithfully made all payments as required under the Plan, and that any additional income earned by Debtor that might be used to justify an increase in payment has been more than offset as a result of increased costs encountered by Debtor and non-filing spouse.

Respectfully submitted,

Date: May 17, 2017

/s/ Stephen C. Corwin
Stephen C. Corwin (P27262)
Attorney for Debtor
Corwin Law & Consulting, PLC
Park Place Professional Building
950 W. Norton Ave. STE 304
Muskegon, MI 49441-4183
(231) 726-6000