UNITED STATES BANKRUPTCY COURT

WESTERN DISTRICT OF MICHIGAN

In Re:

Andrea Averill                                    Case No: GG 14-04375

          Debtors/                    Chapter 13 Proceeding

### FIRST POST-CONFIRMATION STIPULATION AMENDING PLAN

This Stipulation is entered into by Andrea Averill (Debtor), the Debtor's attorney Stephen Corwin, and Brett N. Rodgers, Chapter 13 Trustee.

1. Debtor filed the Chapter 13 proceeding on June 26, 2014. The plan was confirmed October 28, 2014.
2. Debtor provided the Trustee with copies of the Debtor's 2016 tax returns in accordance to the terms of the confirmed plan.
3. Upon review of the returns, the Trustee noticed Debtor's income increased after the case was filed.
4. The Trustee has proposed a settlement with the Debtor.

NOW, THEREFORE, the Debtors and the Trustee hereby agree:

1. The unsecured base will increase from $10,000 to $23,564.57 (100%).
2. Plan payments will increase from $919.76 to $1,150 per month. Payments will increase from $1,150 to $1,262.72 March 2019 after the 401k loan is paid in full
3. Since the debtor is paying 100% to the unsecured creditors, debtor is not required to submit copies of tax returns or tax refunds to the Trustee.

1

4. The provisions set forth herein shall apply and be incorporated into Debtors' plan as set forth therein verbatim and shall survive confirmation thereof.

5. In accordance with Federal Bankruptcy Rule 3015(g), the creditors will not receive notification of Trustee's Stipulation Amending Plan and will not be given an opportunity to object thereto because the plan modification increases the unsecured base amount and does not adversely affect any creditor.

Dated: 6/14/17

Elizabeth Clark (P69084)
Attorney for Brett Rodgers
50 Louis St NW Suite 700
Grand Rapids MI 49503
(616) 454-9638

Dated: 6-13-17

Stephen Corwin
Attorney for Debtor
950 W Norton Ave, STE 304
Muskegon, MI 49441

Dated: 6/13/17

Andrea Averill, Debtor

2