UNITED STATES BANKRUPTCY COURT
FOR WESTERN DISTRICT OF MICHIGAN

IN RE:                                                                                      CHAPTER 13

  ANDREA J AVERILL                                                       CASE NO: GG 14-04375
                                                                                              FILED:  6/26/14
  13396 LIME LAKE DR

  SPARTA, MI  49345-0186


DEBTOR (S)


NOTICE OF WITHDRAWAL OF MOTION TO DISMISS

    Now comes the Chapter 13 Trustee, Brett N. Rodgers, and hereby withdraws his Motion to Dismiss previously filed in this matter and scheduled for a hearing before this Court on June 15, 2017.

    This Notice of Withdrawal of Motion to Dismiss shall be filed with the Bankruptcy Court and shall be served by mailing a copy thereof to the Debtor(s) at the respective post office address appearing of record herein, and the attorney for the Debtor(s) electronically, as the attorney is a registered participant.


Dated:  June 15, 2017                             /s/ Brett N. Rodgers
                                                                Brett N. Rodgers
                                                                Chapter 13 Trustee
                                                                99 Monroe Ave NW Suite 601
                                                                Grand Rapids, MI  49503

SERVED ON:

June 15, 2017

BY:    Nancy L. Schultz, of the Chapter 13 Trustee's Office.


ATTORNEY FOR DEBTOR:

   CORWIN LAW & CONSULTING PLC
   PARK PLACE PROFESSIONAL BUILDING
   950 W NORTON AVE, SUITE 304
   MUSKEGON, MI  49441-