# UNITED STATES BANKRUPTCY COURT
# FOR WESTERN DISTRICT OF MICHIGAN

In Re:

| | |
|---|---|
| Andrea Averill | Case No. GG 14-04375 |
| 13396 Lime Lake Dr. | Date Filed: 6/26/14 |
| Sparta, MI 49345 | Chapter 13 |

Debtors,

_____/

## ORDER APPROVING FIRST POST-CONFIRMATION STIPULATION AMENDING PLAN

The Trustee having petitioned to modify the Debtors' Chapter 13 plan, the Trustee having prepared Stipulation Amending Plan,

IT IS ORDERED that the Trustee's Motion to Stipulation Amending Plan is approved. Debtor plan payments will increase to $1,150 per month now. Payments will increase from $1,150 to $1,262.72 per month March 2019 after the 401K loan is paid in full. Unsecured claims will be paid a dividend of 100%.

IT IS FURTHER ORDERED that a copy of this order be served upon the debtor(s), the debtor(s) attorney, and the Trustee. In accordance with Federal Bankruptcy Rule 3015(g), the creditors will not receive notification of Order Amending Chapter 13 Plan because the plan modification increases the unsecured base amount and does not adversely affect any creditor.

Order prepared by:
Brett N. Rodgers
Chapter 13 Trustee
99 Monroe Ave NW
STE 601
Grand Rapids, MI 49503
(616) 454-9638

### END OF ORDER

Signed: June 15, 2017





John T. Gregg
United States Bankruptcy Judge