UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF MICHIGAN

IN RE:                                                GG 14-04375
ANDREA J AVERILL                xxx-xx-4738                6/26/14

## AMENDED ORDER DIRECTING EMPLOYER TO PAY TRUSTEE

The above-noted debtor has filed a Chapter 13 Bankruptcy Case and has consented to the deduction of plan payments directly from his/her wages to the Chapter 13 Trustee.

**THEREFORE, IT IS HEREBY ORDERED** that the debtor's employer,

**MERCY HEALTH PARTNERS
1500 E SHERMAN BLVD
MUSKEGON, MI  49444-**

shall deduct the sum of  **$530.77 PER Bi-Weekly PAY** beginning the next pay period following the receipt of this Order and remit said amount to:

**Brett N. Rodgers, Trustee
CHAPTER 13 TRUST ACCOUNT
2482 Momentum Place
Chicago, IL 60689-5324**

The Trustee so appointed herein or his successor in interest: /s/ Brett N. Rodgers

**IT IS FURTHER ORDERED** that all earnings of the debtor, except amounts requested to be withheld by any provisions of the laws of the United States, this state or any political subdivision, or by any insurance, pension or union dues agreement between the employer and the debtor, or by Order of this Court, be paid to the debtor in accordance with the employer's usual payroll procedure.

**IT IS FURTHER ORDERED** that no deductions for any garnishment, wage assignment, credit union or other purpose not specifically authorized by this Court, be made from the earnings of said debtor, except Friend of the Court, if applicable, and [other possible deductions].

**IT IS FURTHER ORDERED** that a copy of this Order be served upon the debtor(s), attorney for the debtor(s) (if applicable), Chapter 13 Trustee and employer.

RETURN FOR SERVICE TO: Trustee, 99 Monroe Ave NW Ste 601, Grand Rapids, MI  49503

SERVED BY MAIL:  Served By:  _____        Date:  _____

EMPLOYER:  SEE ABOVE

DEBTOR:       **ANDREA J AVERILL
                  13396 LIME LAKE DR

                  SPARTA, MI  49345-0186**

ATTORNEY:   **CORWIN LAW & CONSULTING PLC
                  PARK PLACE PROFESSIONAL BUILDING
                  950 W NORTON AVE, SUITE 304
                  MUSKEGON, MI  49441-**

END OF ORDER

**IT IS SO ORDERED.**

Dated June 21, 2017



Daniel M. LaVille
Clerk of Court