| | | |
|---|---|---|
| Label Matrix for local noticing<br>0646-1<br>Case 14-04375-jtg<br>Western District of Michigan<br>Grand Rapids<br>Mon Nov  6 08:40:21 EST 2017 | Fifth Third Mortgage Company<br>5001 KINGSLEY DR<br>1MOBBW<br>CINCINNATI, OH 45227-1114 | Recovery Management Systems Corporation<br>For GE Capital Retail Bank<br>25 SE 2nd Avenue, Suite 1120<br>Miami, FL 33131-1605 |
| Western District of Michigan<br>One Division Ave., N.<br>Room 200<br>Grand Rapids, MI 49503-3132 | Allied Collection Group<br>400 Allied Ct.<br>Zeeland, MI 49464-2219 | American Debt Mediators<br>15950 North Dallas Parkway<br>Ste. 400<br>Dallas, TX 75248-6628 |
| Art Van/Retail Services<br>PO Box 15524<br>Wilmington, DE  19850 | (p)BANK OF AMERICA<br>PO BOX 982238<br>EL PASO TX 79998-2238 | Capital Management Services<br>726 Exchange Street, Ste. 700<br>Buffalo, NY 14210-1464 |
| Chase Bank USA<br>Chase Cardmember Service<br>PO Box 15298<br>Wilmington, DE  19850-5298 | Choice One Bank<br>109 E. Divison St<br>Sparta, MI 49345-1380 | Daniel . Rudd<br>201 S LAKE AVE<br>Spring Lake, MI 49456-1940 |
| (p)INTERNAL REVENUE SERVICE<br>CENTRALIZED INSOLVENCY OPERATIONS<br>PO BOX 7346<br>PHILADELPHIA PA 19101-7346 | Discover Bank<br>DB Servicing Corporation<br>PO Box 3025<br>New Albany, OH  43054-3025 | (p)DISCOVER FINANCIAL SERVICES LLC<br>PO BOX 3025<br>NEW ALBANY OH 43054-3025 |
| Eric Averill<br>13396 Lime Lake Dr<br>Sparta, MI 49345-9523 | FIA Card Services<br>PO Box 15026<br>Wilmington, DE  19850-5026 | Fifth Third Bank<br>5050 Kingsley Dr.<br>Cincinnati, OH 45227-1115 |
| Fountain Hill Center<br>534 Fountain St Ne<br>Grand Rapids, MI 49503-3422 | Internal Revenue Service<br>PO box 7346<br>Philadelphia PA  19101-7346 | Mercy General Health Partners<br>Patient Accounts<br>1820 44th St. SE<br>Grand Rapids, MI 49508-5006 |
| Michigan Department of Treasury<br>Bankruptcy Unit<br>PO Box 30168<br>Lansing, MI 48909<br>5 48909-7668 | Recovery Management Systems Corporation<br>25 S.E. 2nd Avenue, Suite 1120<br>Miami, FL 33131-1605 | Roger & Hollands<br>Po Box 879<br>Matteson, IL 60443-0879 |
| Spectrum Health<br>1840 Wealthy St SE<br>Grand Rapids, MI 49506-2968 | State of Michigan Dept.<br>of Treasury<br>PO Box 77437<br>Detroit, MI  48277-0360 | Sunrise Credit Services, Inc.<br>Po Box 9100<br>Farmingdale, NY 11735-9100 |
| Wells Fargo Bank, N.A.<br>P.O. Box 19657<br>Irvine, CA 92623-9657 | Wells Fargo Dealers Services<br>Po Box 1697<br>Winterville, NC 28590-1697 | Weltman, Weinberg & Reis Co<br>2155 Butterfield Dr, Ste 200-S<br>Troy, MI 48084-3463 |

Andrea J. Averill  
13396 Lime Lake Dr.  
Sparta, MI 49345-9523

Brett N. Rodgers  
99 Monroe Ave NW, Ste 601  
Grand Rapids, MI 49503-2654

Stephen C. Corwin  
Corwin Law & Consulting, PLC  
Park Place Professional Bldg.  
950 W. Norton Ave Ste. 304  
Norton Shores, MI 49441-4183

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

Bank of America  
Po Box 982235  
El Paso, TX 79998

Department of the Treasury  
Internal Revenue Service  
Po Box 802501  
Cincinnati, OH 45280

Discover Fin Services  
PO Box 15316  
Wilmington, DE 19850

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(u)Wells Fargo Dealer Services

(d)Daniel Rudd  
201 S lake Ave  
Spring Lake, MI 49456-1940

(d)FIFTH THIRD MORTGAGE COMPANY  
5001 KINGSLEY DR 1MOBBW  
CINCINNATI OH 45227-1114

End of Label Matrix  
Mailable recipients    32  
Bypassed recipients     3  
Total                  35