# CORWIN
## LAW & CONSULTING, PLC
Park Place Professional Building
950 W. Norton Ave., Suite 304
Muskegon, Michigan 49441-4183

IN RE: Andrea Averill

Chap. 13 Case No.: 14–04375

Date Filed: 06/26/2014

Date Confirmed: 10/29/2014

Attorney billing rate: $200.00/hr.
SCC – Stephen C. Corwin

Paralegal billing rate: $75.00/hr.
acc – Andrew C. Corwin   jmc – Jennifer M. Cross
lcc – Linda C. Corwin

| DESCRIPTION | ATTORNEY TIME (HRS.) | PARALEGAL TIME (HRS.) | AMOUNT |
|---|---|---|---|
| 06/06/2014  Initial consult | SCC | | NO CHARGE |
| 06/10/2014  Receive retainer, check PACER for previous filings, receive/organize documents from client, request recorded deed/mortgage from Muskegon County Register of Deeds (rental property) | | jmc/2.0 | 150.00 |
| 06/11/2014  Review file documents, draft Chapter 13 Petition, Means Test, BR 2016, Schedules A-J/Summary, Statement of Finan. Affairs, Asset Protection Report, Plan, print for Attorney review, request non-filing spouse's pay stubs, savings account statement/s, vehicle title from client | | jmc/3.5 | 262.50 |
| 06/11/2014  Review/edit Chapter 13 Petition, Means Test, BR 2016, Schedules A-J/Summary, Statement of Finan. Affairs, Asset Protection Report, Plan | SCC/1.5 | | 300.00 |
| 06/12/214  Sort, organize paystubs, create/input income data into EXCEL document | | jmc/1.0 | 75.00 |
| 06/19/2014  Review file, Client meeting – to review, execute Chapter 13 Petition documents | SCC/1.0 | | 200.00 |
| 06/25/2014  Telephone conference – re garnishment amount | SCC/0.1 | | 20.00 |
| 06/26/2014  Review, file Chapter 13 Petition, Cert. of Credit Counseling | SCC/0.2 | | 40.00 |
| 06/26/2014  Review Notice of Filings due – instructions to jmc | SCC/0.1 | | 20.00 |
| 06/26/2014  Dictate correspondence – Weltman, Weinberg & Reiss for Discover Bank, Fifth Third Bank, copy client – enclose Notice of Bankruptcy filing | SCC/0.1 | | 20.00 |
| 06/26/2014  Transcribe correspondence to Weltman, Weinberg & Reiss for Discover Bank, Fifth Third Bank, client – enclose Notice of Bankruptcy filing, tel. calls (2)-request fax numbers, prepare fax cover sheet, send via fax | | jmc/0.7 | 52.50 |
| 06/30/2014  Draft cover letter to Court Clerk, enclose Declaration Re: Electronic Filing, prepare mailing | | jmc/0.1 | 7.50 |
| 07/03/2014  Meeting w/ Client re Schedules/Summary, Means Test, BR 2016, Statement of Financial Affairs, Plan | | jmc/1.0 | 75.00 |
| 07/03/2014  Review, file Schedules/Summary, Means Test, BR 2016, Statement of Financial Affairs, Plan, Asset Protection Report | SCC/0.2 | | 40.00 |
| 07/18/2014  Review N. Schultz, Trustee's office, case status report, review file documents | | jmc/0.5 | 37.50 |
| 07/21/2014  Retrieve from file, organize documents for Trustee, draft cover letter, prepare mailing of documents to Trustee for 341 meeting | | jmc/0.5 | 37.50 |
| 07/21/2014  Review A. Adams, Wells Fargo, email re Plan treatment, send reply | | jmc/0.1 | 7.50 |
| 07/22/2014  Review email-Fifth Third Bank re loss mitigation request/application | SCC/0.1 | | 20.00 |
| 07/22/2014  Review email-Fifth Third Bank re new escrow analysis, payment change | SCC/0.2 | | 40.00 |
| 07/24/2014  Draft letter (permission to speak with client) to Fifth Third Bank re loss mitigation, print for Attorney signature, send via fax | | jmc/0.3 | 22.50 |
| 07/28/2014  Receive, scan Fifth Third loss mitigation correspondence, missing info. on application – send to client | | jmc/0.2 | 15.00 |
| 08/07/2014  Review J. Francik, Trustee's office email re confirmation notes (8/21/2014 hearing) | | jmc/0.1 | 7.50 |
| 08/08/2014  Review email – Fifth Third Bank re July, 2014 payment discrepancy, instructions to acc | SCC/0.1 | | 20.00 |
| 08/08/2014  Draft letter to client re Fifth Third Bank correspondence, prepare mailing | | acc/0.1 | 7.50 |
| 08/11/2014  Review Notice of Rescheduled Confirmation Hearing, check for conflicts, enter date on calendar | | jmc/0.1 | 7.50 |
| | | PAGE 1 TOTAL | 1485.00 |

| DESCRIPTION | ATTORNEY TIME (HRS.) | PARALEGAL TIME (HRS.) | AMOUNT |
|---|---|---|---|
| 08/12/2014  Receive client proof of payment re July, 2014 payment discrepancy, scan, send to Fifth Third Bank | | jmc/0.2 | 15.00 |
| 08/12/2014  Review N. Schultz, Trustee's office, email re documents, confirmation | | jmc/0.1 | 7.50 |
| 08/25/2014  Email to N. Schultz, Trustee's office re documents received/case status<br>             Scan Chapter 13 attorney-client fee agreement, send via email to Trustee | | jmc/0.1<br>jmc/0.1 | 7.50<br>7.50 |
| 09/08/2014  Review file documents, draft cover letter, prepare mailing to client re documents needed | | jmc/0.5 | 37.50 |
| 09/16/2014  Receive/review title, lease agreement, billing statements from client-send to Trustee | | jmc/0.3 | 22.50 |
| 09/18/2014  Review, analyze Trustee's Motion to Dismiss, review file documents, instructions to jmc | SCC/0.5 | | 100.00 |
| 09/18/2014  Draft Amended Schedules I, J, Pre-Confirmation Plan Amendment, print for Attorney review | | jmc/0.5 | 37.50 |
| 09/18/2014  Review Amended Schedules I, J, Pre-Confirmation Plan Amendment | SCC/0.2 | | 20.00 |
| 09/24/2014  Send text message to client re scheduling appointment to review draft Amended Schedules I, J, Pre-Confirmation Plan Amendment, send drafts to Trustee for review/comment | | jmc/0.3 | 22.50 |
| 09/29/2014  Review N. Schultz, Trustee's office, email re proposed Plan Amendments, print for Attorney review | | jmc/0.2 | 15.00 |
| 09/29/2014  Review/analyze proposed Plan amendments, instructions to jmc | SCC/0.3 | | 60.00 |
| 09/30/2014  Review N. Schultz, Trustee's office, email re proposed amendment, payment, Wells Fargo treatment | | jmc/0.1 | 7.50 |
| 09/30/2014  Telephone call to client re scheduling appointment to review draft Amended Schedules I, J, Pre-Confirmation Plan Amendment | | jmc/0.1 | 7.50 |
| 10/03/2014  Draft cover letter to client, enclose Schedules I, J, Verification, 1st Plan Amendment for review, signature, send via email | | lcc/0.2 | 15.00 |
| 10/03/2014  Email to client re missing documents, Trustee's Motion to Dismiss | SCC/0.1 | | 20.00 |
| 10/06/2014  Review, file 1st Preconfirmation Plan Amendment, Cert. of Service, Amended Schedules I, J | SCC/0.2 | | 40.00 |
| 10/09/2014  Draft payroll order, send to Trustee for approval, entry | | jmc/0.2 | 15.00 |
| 10/10/2014  Review Payroll Order | SCC/0.1 | | 20.00 |
| 10/13/2014  Draft cover letter to client's employer, enclose copy of Payroll Order, prepare mailing | | jmc/0.3 | 22.50 |
| 10/13/2014  Dictate correspondence to Spectrum Health, and Brenda Sprader, Attorney at Law – re: custody matter, attach statement copies, Notices of Bankruptcy filing | SCC/0.2 | | 20.00 |
| 10/13/2014  Transcribe Spectrum Health, Attorney Brenda Sprader correspondence, copy to client, prepare mailing | | lcc/0.3 | 22.50 |
| 10/28/2014  Review Trustee's Withdrawal of Motion to Dismiss | SCC/0.1 | | 20.00 |
| 12/16/2014  Review correspondence, pleadings re: child support, instructions to jmc | SCC/0.5 | | 100.00 |
| 12/16/2014  Amend Schedules I, J, draft Verification, re: child support, print for Attorney review | | jmc/0.5 | 37.50 |
| 12/16/2014  Review amended Schedules I, J | SCC/0.1 | | 20.00 |
| 12/16/2014  Draft cover letter to client, enclose Amended Schedules I, J, Verification, prepare mailing | | jmc/0.5 | 37.50 |
| 12/29/2014  Review, file Amended Schedules I, J, Verification | SCC/0.1 | | 20.00 |
| 03/03/2015  Review/analyze Trustee's Notice of Intent to Pay Claims | SCC/0.2 | | 40.00 |
| 03/19/2015  Telephone conference w/ client re: Schedule E, draft Amended Schedule E, Verification, print for Attorney review | | jmc/0.5 | 37.50 |
| 03/19/2015  Review Amended Schedule E, Verification | SCC/0.1 | | 20.00 |
| 03/24/2015  Draft cover letter to client re: Amended Schedule E, Verification, prepare mailing | | jmc/0.2 | 15.00 |
| 04/13/2015  Review, file Amended Schedule E, Verification | SCC/0.1 | | 20.00 |
| | | **PAGE 2 TOTAL** | **910.00** |

| DESCRIPTION | ATTORNEY TIME (HRS.) | PARALEGAL TIME (HRS.) | AMOUNT |
|---|---|---|---|
| 05/12/2015  Review Trustee's Motion to Dismiss – missing 2014 tax returns, instructions to lcc | SCC/0.1 | | 20.00 |
| 05/14/2015  Email to client – request copy of 2014 tax returns, Amended Schedule J, Verification | SCC/0.1 | | 20.00 |
| 05/18/2015  Email to client – request for 2014 tax returns | | lcc/0.1 | 7.50 |
| 05/19/2015  Receive, redact, scan 2014 tax returns, print for Attorney review, email to Trustee | | lcc/0.3 | 22.50 |
| 05/19/2015  Review client's 2014 tax returns, compare to previous year | SCC/0.5 | | 100.00 |
| 05/20/2015  Email to client – re: Amended Schedule J, Verification, tax refund | SCC/0.2 | | 40.00 |
| 05/26/2015  Receive, scan Amended Schedule J, Verification | | jmc/0.1 | 7.50 |
| 05/27/2015  Review, file Amended Schedule J, Verification | SCC/0.1 | | 20.00 |
| 10/23/2015  Log in, check GreenPath client activity reports, draft letter to client re pre-discharge credit counseling, prepare mailing | | lcc/0.5 | 37.50 |
| 11/02/2015  Log in to GreenPath, download client's pre-discharge credit counseling cert.-save to electronic file | | lcc/0.1 | 7.50 |
| 11/09/2015  Review, file client's pre-discharge credit counseling certificate | SCC/0.1 | | 20.00 |
| 06/03/2016  Review Trustee's Motion to Dismiss – 2015 tax return/refund not received | SCC/0.1 | | 20.00 |
| 06/06/2016  Dictate correspondence to client re Trustee's Motion to Dismiss, include copy of Motion | SCC/0.2 | | 40.00 |
| 06/06/2016  Transcribe correspondence, prepare mailing | | lcc/0.2 | 15.00 |
| 06/10/2016  Review Notice of Withdrawal of Motion to Dismiss | SCC/0.1 | | 20.00 |
| 08/29/2016  Review Amended Payroll Order | SCC/0.1 | | 20.00 |
| 08/29/2016  Draft cover letter to client's employer, enclose Amended Payroll Order, prepare mailing | | jmc/0.2 | 15.00 |
| 04/17/2017  Receive, download, print for Attorney review, redact client's 2016 tax returns, scan redacted returns, save to file, send to Trustee via email | | lcc/0.5 | 37.50 |
| 04/17/2017  Review/analyze client's 2016 tax returns, compare to previous year | SCC/0.5 | | 100.00 |
| 04/20/2017  Review client email re eviction of renter, rental property sale inquiry | SCC/0.1 | | 20.00 |
| 04/21/2017  Review/analyze Trustee's Motion to Dismiss, review file documents, instructions to lcc | SCC/0.5 | | 100.00 |
| 04/21/2017  Review Trustee email re Plan payment increase | SCC/0.1 | | 20.00 |
| 04/21/2017  Email to Client re meeting, attach Trustee's Motion to Dismiss | | lcc/0.2 | 15.00 |
| 04/26/2017  Draft Disposable Income Comparison chart – 2015 v. 2016 | SCC/0.1 | | 20.00 |
| 04/26/2017  Prepare for/meet with Client re Motion to Dismiss | SCC/1.0 | | 100.00 |
| 04/27/2017  Email to Trustee re Plan payment increase, pay off amount | SCC/0.1 | | 20.00 |
| 05/04/2017  Review J. Terpstra, Trustee's office, email re pay off amounts | SCC/0.1 | | 20.00 |
| 05/09/2017  Review client email, download licensed contractor quotes re rental home damage repair, save to file, print for Attorney review | | lcc/0.2 | 15.00 |
| 05/09/2017  Review/analyze licensed contractor quotes re rental home damage repair | SCC/0.2 | | 40.00 |
| 05/10/2017  Receive client's revised Schedule J as attachment via fax, download, send client email advising revised Schedule J not legible | | lcc/0.3 | 22.50 |
| 05/15/2017  Email to client re needing legible revised Schedule J | | lcc/0.1 | 7.50 |
| 05/16/2017  Email to J. Terpstra, Trustee's office, re revised Schedule J | SCC/0.2 | | 40.00 |
| 05/17/2017  Telephone call – Trustee's office re: pending Motion to Dismiss | SCC/0.1 | | 20.00 |
| 05/17/2017  Draft, file Response to Trustee's Motion to Dismiss | SCC/0.5 | | 100.00 |
| 05/22/2017  Review J. Terpstra, Trustee's office, email re rental income | SCC/0.1 | | 20.00 |
| | | **PAGE 3 TOTAL** | **1150.00** |

| DESCRIPTION | ATTORNEY TIME (HRS.) | PARALEGAL TIME (HRS.) | MOUNT |
|---|---|---|---|
| 05/23/2017 Telephone call – Trustee's office re proposed Plan payment increase | SCC/0.1 | | 20.00 |
| 05/30/2017 Review file notes, dictate correspondence to client re Trustee's Motion to Dismiss | SCC/0.5 | | 100.00 |
| 05/30/2017 Transcribe correspondence to client, send via email | | lcc/0.4 | 30.00 |
| 06/05/2017 Review client email re Trustee's Motion to Dismiss, review J. Terpstra, Trustee's office, proposed payment increase, dictate letter to client – detailed explanation of options | SCC/0.5 | | 100.00 |
| 06/06/2017 Transcribe correspondence, scan, email to client | | lcc/0.3 | 22.50 |
| 06/07/2017 Receive, review Trustee's Case Notes re June 15, 2017 docket | SCC/0.1 | | 20.00 |
| 06/09/2017 Email to J. Terpstra, Trustee's office, re consent to Plan payment increase, stipulation | SCC/0.1 | | 20.00 |
| 06/12/2017 Email from J. Terpstra, Trustee's office, download/review attached Stipulation | SCC/0.2 | | 40.00 |
| 06/12/2017 Send Stipulation to client via email, request signature and return | SCC/0.1 | | 20.00 |
| 06/13/2017 Review, execute First Post-Confirmation Stipulation Amending Plan | SCC/0.1 | | 20.00 |
| 06/13/2017 Scan, save to file, First Post-Confirmation Stipulation Amending Plan, email to J. Terpstra, N. Schultz, Trustee's office | | lcc/0.3 | 22.50 |
| 06/21/2017 Review Amended Payroll Order | SCC/0.1 | | 20.00 |
| 08/01, 02/2017 Review client emails (2) re sale of rental property, send 2 replies | SCC/0.1 | | 20.00 |
| | **PAGE 4 TOTAL** | | **455.00** |
| | **GRAND TOTAL** (Pages 1-4) | | **4000.00** |

## SUMMARY

Attorney Fees                          4000.00
Attorney Fees Previously Paid     3000.00
Additional Attorney Fees Requested           1000.00

Expenses
11/06/2017 Postage – mailing of Attorney Fee       20.10
            Application documents to matrix

     TOTAL ATTORNEY FEES + EXPENSES REQUESTED     1020.10