**CORWIN**
**LAW & CONSULTING, PLC**
297 W. Clay Ave., Suite 101
Muskegon, MI 49440-1237
(231) 726-6000/(616) 634-3800
Facsimile: (231) 726-5101

IN RE: _Andrea Joy Averill_

$500 d-p
w/ bonus

## CHAPTER 13 FEE AGREEMENT

I/We hereby retain and employ the attorneys at Corwin Law & Consulting, PLC, to represent me/us in connection with a case under Chapter 13 of the Bankruptcy Code. I/We agree that the compensation to be paid shall include Minimum Attorney fees and costs payable as follows:

$ _3,000.00_ , Attorney minimum fee, excluding filing fees ( _$310.00_ ), required debtor credit counseling ($ _60.00_ ), for a **TOTAL** of $ _3,370.00_

Attorney minimum fee, as referenced, may exceed the minimum set forth above, in which case, Attorney reserves the right to seek Court approval for any additional fees and costs based upon Fee Application submitted by Attorney. Prescribed billing rates are as follows:

Attorney time - $200.00/hour     Paralegal time - $75.00/hour

1. $ _1685_ to be paid prior to filing of Petition.
2. $ _1685_ PLUS additional amounts (see above) as allowed by Bankruptcy Court until paid in full
3. *** Amounts paid are non-refundable.

I / We further acknowledge that there will be additional charges incurred for services, plus out-of-pocket expenses for the following services, including but not limited to, if they should be required:

 A. *** Register of Deeds search, copy, fax charges and/or Appraiser/Broker price opinion regarding real property
 B. *** Copies ($0.10/page) and postage costs
 C. Creditor initiated adversary proceedings, e.g. lift of stay (opposing mortgage stripping)
 D. Amendments adding creditors are $100.00 which includes the filing fee
 E. Post confirmation amendments
 F. All other contested matters, as well as any Trustee or U.S. Attorney initiated inquiries
 G. Dischargeability or Non-dischargeability actions
 H. All such services shall be billed in accordance with the following rates:
  1. Attorney time - $200.00/hour
  2. Paralegal time - $75.00/hour
 I. Tax representation outside of bankruptcy -- SEPARATE AGREEMENT
 J. Conversion to Chap. 7 - $1,500.00 and SEPARATE AGREEMENT
 K. Garnishments -- 25% of recovered amount

I / We acknowledge that the hearings involved in my case will be held in Grand Rapids.

I /We understand it is necessary to allow a minimum of 2 hours for the actual hearing.

I/We further acknowledge that Firm may engage other counsel to represent me/us at the Meeting of Creditors, but at no additional cost to me/us.

**This Fee Agreement shall be considered binding upon receipt of initial non-refundable payment.**

DATED: JUN 0 6 2014 _____   _Andrea J Averill_ /s/

DATED: _____   _____ /s/

APPROVED AND ACCEPTED
CORWIN
LAW & CONSULTING, PLC

DATED: JUN 0 6 2014 _____   BY: _____ /s/
STEPHEN C. CORWIN (P27262)

_IRS $10,000_

Chapter 13 Fee Agreement
Rev. June, 2014