# Estimated Seller's Proceeds

Property Address **350 N 5th Ave Fruitport, MI 49415-8614**     Date **January 12, 2018**
Prepared For **Andrea Averill**
Sales Consultant **Nick Wagenmaker**

| | |
|---|---:|
| **SELLING PRICE** | $125,000.00 |
| **ENCUMBRANCES** | |
| First Mortgage | $66,824.35 |
| Second Mortgage/Equity Loan | |
| **Total Encumbrances** | $66,824.35 |

**ESTIMATED SELLING COSTS**

| | |
|---|---:|
| **Transfer Tax** (Fee is $3 per thousand) | $1,075.00 |
| **Real Estate Taxes, Current Year Proration** | |
| **Real Estate Taxes, Any Due From Prior Year** | |
| **Special Assessments** | |
| *special assessment search | |
| **Title Insurance** | $923.00 |
| **Gap Endorsement** | |
| **Recording Costs** | $83.00 |
| **Attorney Fee** (Deed and/or Other) | |
| **Brokerage Fee to Selling Company** (Compensation to Company Bringing the offer could vary somewhat if Buyer Brokerage) | $3,750.00 |
| **Brokerage Fee to Marketing Company** (to pay for advertising, printing, yard and directional signs, flyers, local and long distance phone calls, multiple listing services, computer equipment and time, personnel, promotions, public open houses, coordination with other firms, mailings, preparation, postage, print media, lock box fees, communication systems and websites) | |
| **Seller to Pay on Behalf of Buyer** | |
| **Home Warranty Policy** | |
| **Mortgage Payment** (one Month for interest in Arrears) | |
| **Repairs** | |
| **Title Company Transaction Fee** | |
| **Brokerage Fee to Buying Company** | $3,750.00 |
| **Additional Selling Broker Commission** | $195.00 |
| **Closing Fee (Title Company)** | $250.00 |
| | |
| Total Estimated Known Selling Costs* | $10,026.00 |
| **ESTIMATED NET CASH PROCEEDS** | $48,149.65 |

Seller's Proceeds estimated herein are based in part on information supplied by the seller. It is assumed that encumbrances are not in arrears. One or more on the costs and encumbrances may vary from those shown above. Therefore, these figures and proceeds are **estimates** only and are not guaranteed by **Century 21 Affiliated** or its licensees.
*Additional prorations will be calculated on the closing statement.

I have read the above and acknowledge a copy of this form.

Seller _____**Andrea Averill**_____     Date **January 12, 2018**

Seller _____     Date _____