Form CTNTC (09/13)

**United States Bankruptcy Court**
**Western District of Michigan**
One Division Ave., N.
Room 200
Grand Rapids, MI 49503

| | |
|---|---|
| **IN RE:** Debtor (name used by the debtor in the last 8 years, including married, maiden, trade, and address):<br><br>**Andrea J. Averill**<br>13396 Lime Lake Dr.<br>Sparta, MI 49345−0186<br>SSN: xxx−xx−4738<br><br>**Debtor** | **Case Number 14−04375−jtg**<br><br>**Chapter 13**<br><br>**Honorable John T. Gregg** |

## COURT'S NOTICE REGARDING ENTRY OR FILING

You are hereby notified that the court acknowledges the filing of the Motion to Sell Real Property (Document # 57 ) on February 01, 2018 in the above−referenced case.

**Please note the following:**

☐ The case was closed on , therefore, no action will be taken. The document will remain on file as evidence of the agreement reached between the parties.

☐ The was(were) due on and is still missing on this case. A Notice of Filing(s) Due was sent to you on or around

☐ A Proposed Order for approval of the Motion was NOT uploaded or attached

☑ Other: The Certificate of Service was NOT filed with this entry. The Court's matrix is attached as Exhibit 1 but there is no Certificate filed.

**Action to be taken:**

☐ None. This notice is for informational purposes only.

☐ Please file the to complete the Court's file.

☐ Please submit a Proposed Order for approval of the motion by the Judge

☑ Please review your documents to determine the appropriate action necessary for correction.

**Dated:** February 2, 2018

/S/_____
DANIEL M. LAVILLE
Clerk of Court

---

[1] *Aliases for Debtor Andrea J. Averill : fka Andrea J. Crane, fka Andrea J. Wagenmaker*