# UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF MICHIGAN
## SOUTHERN DIVISION

In Re:

      Andrea J. Averill

              Debtor.

_____/

Case #: 14-04375
Chapter 13 Proceeding
Filed: June 26, 2014

Hon. John T. Gregg

## CERTIFICATE OF NO RESPONSE OR OBJECTION
## TO MOTION TO SELL REAL PROPERTY

The undersigned certifies that no response or objection has been filed or served on the appropriate parties regarding the Motion to Sell Real Property, filed on February 1, 2018, by Stephen C. Corwin, Corwin Law & Consulting, PLC, Attorney for the Debtor.

*THEREFORE*, the undersigned respectfully requests this Honorable Court to approve said Motion to Sell Real Property.

Dated:  March 2, 2018

/s/Stephen C. Corwin
Stephen C. Corwin (P27262)
Attorney for Debtor
Corwin Law & Consulting, PLC
PO Box 1378
Muskegon, MI 49443-1378
(231) 726-6000