UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF MICHIGAN

In re:

| | |
|---|---|
| Andrea J. Averill | Case No.GG 14-04375 |
| 13396 Lime Lake Road | Case Filed:  6/26/2014 |
| Sparta, MI  49345-0186 | Chapter 13 |
| | Honorable John T. Gregg |

Debtor(s)

_____/

## WITHDRAWAL OF TRUSTEE'S OBJECTION TO DEBTOR'S MOTION TO SELL REAL PROPERTY AND PROOF OF SERVICE

NOW COMES Brett N. Rodgers, the Chapter 13 Trustee in this matter, and hereby withdraws his Trustee's Objection to Debtor's Motion to Sell Real Property that is reflected on the Court Docket as entry #61 in the above referenced case.

Dated: March 6, 2018          __/s/ Brett N. Rodgers_____
                                                  Brett N. Rodgers, Chapter 13 Trustee

### Proof of Service

The undersigned certifies that a copy of this withdrawal was served on the Debtor's attorney electronically, as the attorney is a registered participant, and Debtor at her respective address by regular, first class mail, postage pre-paid, be placing the envelope in the mail on the date indicated below.

Date of Service: March 6, 2018

I declare that the statement above is true to the best of my information, knowledge and belief.

Served By:

__/s/ Nancy L. Schultz_____
Nancy L Schultz, Case Analyst
For the Chapter 13 Trustee