UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

In Re:

    Andrea J. Averill,

          Debtor.

_____/

Case #: 14-04375
Chapter 13 Proceeding
Filed: June 26, 2014

Hon. John T. Gregg

## ORDER APPROVING SALE OF REAL PROPERTY

    This matter having come before the Court on Debtor's Motion to Sell Real Property, and no objection thereto having been filed, and the Court being fully advised in the premises;

    *NOW THEREFORE*, it is hereby Ordered, Adjudged, and Decreed that pursuant to Bankruptcy Code Sections 363(b), and (f), Debtor is authorized, and empowered to sell the following described property, *to wit*: Village of Fruitport Sec 36 T9N R16W Blk 5 S 110 Ft of Lot 6, as recorded at Liber 3803, Page 419, according to the recorded plat thereof, commonly known as 350 N. 5th Ave., Fruitport, MI 49415, County of Muskegon, State of Michigan, for a sale price not less than $110,000, and to execute warranty deed for such sale, with any and all net proceeds from such sale following full repayment of mortgage and closing costs, to be turned over to Chapter 13 Trustee for distribution to creditors, with any surplus thereafter to be remitted to Debtor.

Prepared by:
Stephen C. Corwin (P27262)
Attorney for Debtor
Corwin Law & Consulting PLC
PO Box 1378
Muskegon MI 49443-1378
(231) 726-6000

Signed: March 12, 2018




John T. Gregg
United States Bankruptcy Judge