UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

In Re:

    Andrea J. Averill,

        Debtor.

_____/

Case #: 14-04375
Chapter 13 Proceeding
Filed: June 26, 2014

Hon. John T. Gregg

### SECOND POST-CONFIRMATION STIPULATON AMENDING PLAN

This Stipulation is entered into by Andrea Averill, Debtor, the Debtor's Attorney, Stephen C. Corwin, and Brett N. Rodgers, Chapter 13 Trustee.

    1. Debtor filed the Chapter 13 proceeding on June 26, 2014. The plan was confirmed on October 28, 2014.

    2. Debtor petitioned Court (doc 57) to sell rental property and order (doc 65) allowing for such sale was entered on March 12, 2018.

    3. Debtor has sold rental property located at 350 N. Fifth Ave., Fruitport, MI 49415, with net proceeds of said sale turned over to Trustee.

    4. Debtor, by and through counsel, and Chapter 13 Trustee hereby stipulate and agree that general unsecured creditors shall be paid interest at the rate of 1% (one percent).

Dated: 4/18/18

_____
Elizabeth Clark (P69084)
Attorney for Brett Rodgers, Chap. 13 Trustee
99 Monroe Ave NW STE 601
Grand Rapids MI 49503-2654
(616) 454-9638

Dated: 4/18/18

_____
Stephen C. Corwin (P27262)
Attorney for Debtor
Corwin Law & Consulting, PLC
PO Box 1378
Muskegon MI 49443-1378
(231) 726-6000