UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

In Re:

    Andrea J. Averill,

        Debtor.

_____/

Case #: 14-04375
Chapter 13 Proceeding
Filed: June 26, 2014

Hon. John T. Gregg

**CERTIFICATE OF SERVICE**

The undersigned states that true copies of

**Second Post-Confirmation Stipulation Amending Plan**
**Certificate of Service**

were served upon:

Andrea J. Averill
13396 Lime Lake Dr
Sparta MI 49345-0186

Brett N. Rodgers, Chapter 13 Trustee
99 Monroe Ave NW STE 601
Grand Rapids MI 49503-2654

either electronically or by depositing said copies in the U.S. mail, postage fully prepaid, on April 18, 2018.

Dated: _April 18, 2018_

Respectfully submitted,

/s/Stephen C. Corwin
Stephen C. Corwin (P27262)
Attorney for Debtor
Corwin Law & Consulting, PLC
PO Box 1378
Muskegon, MI 49443-1378
(231) 726-6000