# UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

In Re:

    Andrea J. Averill,

        Debtor.

Case #: 14-04375
Chapter 13 Proceeding
Filed: June 26, 2014

Hon. John T. Gregg

## ORDER APPROVING SECOND POST-CONFIRMATION STIPULATION AMENDING PLAN

The Debtor, by and through counsel, and Trustee having stipulated to modify the Debtor's Chapter 13 plan, Debtor's counsel having prepared Second Post-Confirmation Stipulation Amending Plan (doc 66),

IT IS ORDERED that the Debtor's Second Post-Confirmation Stipulation Amending Plan is approved. General unsecured creditors will be paid interest at the rate of 1% (one percent).

In accordance with Federal Bankruptcy Rule 3015(g), the creditors will not receive notification of Order Amending Chapter 13 Plan because the plan modification increases the amount paid to unsecured base and does not adversely affect any creditor.

Prepared by:
Stephen C. Corwin (P27262)
Attorney for Debtor
Corwin Law & Consulting, PLC
PO Box 1378
Muskegon MI 49443-1378
(231) 726-6000

**END OF ORDER**

Signed: April 20, 2018





John T. Gregg
United States Bankruptcy Judge