Form DOMSUP (12/13)

**United States Bankruptcy Court**
**Western District of Michigan**
One Division Ave., N.
Room 200
Grand Rapids, MI 49503

| | |
|---|---|
| **IN RE:** Debtor (name used by the debtor in the last 8 years, including married, maiden, trade, and address):<br><br>**Andrea J. Averill**<br>13396 Lime Lake Dr.<br>Sparta, MI 49345–0186<br>SSN: xxx–xx–4738<br><br>**Debtor** | **Case Number 14–04375–jtg**<br><br>**Chapter 13**<br><br>**Honorable John T. Gregg** |

**NOTICE OF REQUIREMENT TO FILE CERTIFICATE**
**REGARDING DOMESTIC SUPPORT OBLIGATIONS**

You are hereby notified that **ALL** Chapter 13 debtor(s) upon completion of all plan payments must file a certification with the Court stating either that (i) they are not liable for any domestic support obligations; or (ii) all domestic support obligations payable by them that became due on or before the date of the certification (including amounts due before the petition was filed, but only to the extent provided for by the plan) under any judicial or administrative order, or by statute, have been paid pursuant to 11 U.S.C. § 1328(a).

Failure to file the attached certificate indicating that all domestic support obligations have been paid or that the debtor(s) is(are) not liable for domestic support obligations within 30 days of the date of service of this notice may result in the case being closed without entry of a discharge.

*Daniel M. LaVille*
Daniel M. LaVille
Clerk of Court

**Dated:** May 2, 2018

---

[1] *Aliases for Debtor Andrea J. Averill : fka Andrea J. Crane, fka Andrea J. Wagenmaker*