Form DOMCRT (08/12)

**United States Bankruptcy Court**
**Western District of Michigan**
One Division Ave., N.
Room 200
Grand Rapids, MI 49503

| | |
|---|---|
| **IN RE:** Debtor (name used by the debtor in the last 8 years, including married, maiden, trade, and address):<br><br>**Andrea J. Averill**<br>13396 Lime Lake Dr.<br>Sparta, MI 49345−0186<br>SSN: xxx−xx−4738<br><br>**Debtor** | **Case Number 14−04375−jtg**<br><br>**Chapter 13**<br><br>**Honorable John T. Gregg** |

**DEBTOR'S CERTIFICATION REGARDING**
**DOMESTIC SUPPORT OBLIGATION PURSUANT TO 11 U.S.C. § 1328(a)**

The debtor(s) in the above−referenced matter certify as follows:

☐ Debtor ☐ Spouse    I have not been required by a judicial or administrative order, or by statute, to pay any Domestic Support Obligation as defined in 11 U.S.C. § 101(14A), either before this proceeding was filed, or at any time after the date of filing.

**−OR−**

☐ Debtor ☐ Spouse    I have paid all amounts that I am required to pay under any judicial or administrative order, or statutes, for a Domestic Support Obligation as defined in 11 U.S.C. § 101(14A), including all amounts that came due after the petition was filed and pre−petition arrears to the extend provided for in the plan.

I declare under penalty of perjury that the information provided in the Certificate is true and correct.

Date: _____          _____
                                                                Debtor

Date: _____          _____
                                                                Joint Debtor(if applicable)