United States Bankruptcy Court
Western District of Michigan

In re:                                                                  Case No. 14-04375-jtg
Andrea J. Averill                                                       Chapter 13
         Debtor

## CERTIFICATE OF NOTICE

District/off: 0646-1         User: admin              Page 1 of 1              Date Rcvd: May 02, 2018
                             Form ID: domcrt          Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 04, 2018.
db            +Andrea J. Averill,   13396 Lime Lake Dr.,   Sparta, MI 49345-9523

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                          TOTAL: 0

           ***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 04, 2018                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on May 2, 2018 at the address(es) listed below:
              Brett N. Rodgers    ecf@rodgersch13.com, ecfbnrbackup@trustee13.com
              John D. Stoddard    on behalf of Creditor   Wells Fargo Dealer Services
               bankruptcy@fabriziobrook.com
              Marla A. Skeltis    on behalf of Creditor   Fifth Third Mortgage Company mskeltis@rsmalaw.com,
               bankruptcy@rsmalaw.com
              Stephen C. Corwin    on behalf of Debtor Andrea J. Averill Admin@corwinlawyers.com
                                                                                               TOTAL: 4

**Form DOMCRT** (08/12)

**United States Bankruptcy Court**
**Western District of Michigan**
One Division Ave., N.
Room 200
Grand Rapids, MI 49503

| | |
|---|---|
| **IN RE:** Debtor (name used by the debtor in the last 8 years, including married, maiden, trade, and address):<br><br>**Andrea J. Averill**<br>13396 Lime Lake Dr.<br>Sparta, MI 49345−0186<br>SSN: xxx−xx−4738<br><br>**Debtor** | **Case Number 14−04375−jtg**<br><br>**Chapter 13**<br><br>**Honorable John T. Gregg** |

**DEBTOR'S CERTIFICATION REGARDING**
**DOMESTIC SUPPORT OBLIGATION PURSUANT TO 11 U.S.C. § 1328(a)**

The debtor(s) in the above−referenced matter certify as follows:

☐ Debtor  ☐ Spouse    I have not been required by a judicial or administrative order, or by statute, to pay any Domestic Support Obligation as defined in 11 U.S.C. § 101(14A), either before this proceeding was filed, or at any time after the date of filing.

**−OR−**

☐ Debtor  ☐ Spouse    I have paid all amounts that I am required to pay under any judicial or administrative order, or statutes, for a Domestic Support Obligation as defined in 11 U.S.C. § 101(14A), including all amounts that came due after the petition was filed and pre−petition arrears to the extend provided for in the plan.

I declare under penalty of perjury that the information provided in the Certificate is true and correct.

Date: _____        _____
                                     Debtor

Date: _____        _____
                                     Joint Debtor(if applicable)