```
                         United States Bankruptcy Court
                         Western District of Michigan
In re:                                                          Case No. 14-04375-jtg
Andrea J. Averill                                               Chapter 13
        Debtor
                              CERTIFICATE OF NOTICE
District/off: 0646-1         User: admin              Page 1 of 1           Date Rcvd: May 02, 2018
                             Form ID: domsup          Total Noticed: 1
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 04, 2018.
db            +Andrea J. Averill,   13396 Lime Lake Dr.,   Sparta, MI 49345-9523

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                            TOTAL: 0

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                            TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 04, 2018                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on May 2, 2018 at the address(es) listed below:
              Brett N. Rodgers    ecf@rodgersch13.com,  ecfbnrbackup@trustee13.com
              John D. Stoddard     on behalf of Creditor    Wells Fargo Dealer Services
               bankruptcy@fabriziobrook.com
              Marla A. Skeltis     on behalf of Creditor    Fifth Third Mortgage Company mskeltis@rsmalaw.com,
               bankruptcy@rsmalaw.com
              Stephen C. Corwin     on behalf of Debtor Andrea J. Averill Admin@corwinlawyers.com
                                                                                                 TOTAL: 4

**Form DOMSUP** (12/13)

**United States Bankruptcy Court**
**Western District of Michigan**
One Division Ave., N.
Room 200
Grand Rapids, MI 49503

| | |
|---|---|
| **IN RE:** Debtor (name used by the debtor in the last 8 years, including married, maiden, trade, and address):<br><br>**Andrea J. Averill**<br>13396 Lime Lake Dr.<br>Sparta, MI 49345−0186<br>SSN: xxx−xx−4738<br><br>**Debtor** | **Case Number 14−04375−jtg**<br><br>**Chapter 13**<br><br>**Honorable John T. Gregg** |

# NOTICE OF REQUIREMENT TO FILE CERTIFICATE
# REGARDING DOMESTIC SUPPORT OBLIGATIONS

   You are hereby notified that **ALL** Chapter 13 debtor(s) upon completion of all plan payments must file a certification with the Court stating either that (i) they are not liable for any domestic support obligations; or (ii) all domestic support obligations payable by them that became due on or before the date of the certification (including amounts due before the petition was filed, but only to the extent provided for by the plan) under any judicial or administrative order, or by statute, have been paid pursuant to 11 U.S.C. § 1328(a).

   Failure to file the attached certificate indicating that all domestic support obligations have been paid or that the debtor(s) is(are) not liable for domestic support obligations within 30 days of the date of service of this notice may result in the case being closed without entry of a discharge.

Daniel M. LaVille
Clerk of Court

**Dated:** May 2, 2018

---

[1] *Aliases for Debtor Andrea J. Averill : fka Andrea J. Crane, fka Andrea J. Wagenmaker*