Form DOMCRT (08/12)

**United States Bankruptcy Court**
**Western District of Michigan**
One Division Ave., N.
Room 200
Grand Rapids, MI 49503

| | |
|---|---|
| IN RE: Debtor (name used by the debtor in the last 8 years, including married, maiden, trade, and address):<br><br>Andrea J. Averill<br>13396 Lime Lake Dr.<br>Sparta, MI 49345-0186<br>SSN: xxx-xx-4738<br><br>Debtor | Case Number 14-04375-jtg<br><br>Chapter 13<br><br>Honorable John T. Gregg |

**DEBTOR'S CERTIFICATION REGARDING**
**DOMESTIC SUPPORT OBLIGATION PURSUANT TO 11 U.S.C. § 1328(a)**

The debtor(s) in the above-referenced matter certify as follows:

☐ Debtor  ☐ Spouse — I have not been required by a judicial or administrative order, or by statute, to pay any Domestic Support Obligation as defined in 11 U.S.C. § 101(14A), either before this proceeding was filed, or at any time after the date of filing.

-OR-

☑ Debtor  ☐ Spouse — I have paid all amounts that I am required to pay under any judicial or administrative order, or statutes, for a Domestic Support Obligation as defined in 11 U.S.C. § 101(14A), including all amounts that came due after the petition was filed and pre-petition arrears to the extend provided for in the plan.

I declare under penalty of perjury that the information provided in the Certificate is true and correct.

Date: 5/18/18                                    /s/ Andrea J. Averill
                                                 Debtor

Date: _____                            _____
                                                 Joint Debtor (if applicable)