```
                              United States Bankruptcy Court
                              Western District of Michigan
In re:                                                                   Case No. 14-04375-jtg
Andrea J. Averill                                                        Chapter 13
        Debtor                        CERTIFICATE OF NOTICE

District/off: 0646-1           User: jonesl                 Page 1 of 2                  Date Rcvd: Jun 14, 2018
                               Form ID: 3180W               Total Noticed: 28


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jun 16, 2018.
db             +Andrea J. Averill,    13396 Lime Lake Dr.,    Sparta, MI 49345-9523
7395540        +Allied Collection Group,    400 Allied Ct.,   Zeeland, MI 49464-2219
7395541        +American Debt Mediators,    15950 North Dallas Parkway,   Ste. 400,    Dallas, TX 75248-6628
7395542         Art Van/Retail Services,    Attn: Legal Dept.,    6500 E 14 Mile Rd.,   Warren, MI 48092-1281
7395547        +Daniel Rudd,    201 S lake Ave,    Spring Lake, MI 49456-1940
7395551        +Eric Averill,    13396 Lime Lake Dr,    Sparta, MI 49345-9523
7413620        +FIFTH THIRD MORTGAGE COMPANY,    5001 KINGSLEY DR 1MOBBW,    CINCINNATI OH 45227-1114
7395553        +Fifth Third Bank,    5050 Kingsley Dr.,   Cincinnati, OH 45227-1115
7395554        +Fountain Hill Center,    534 Fountain St Ne,   Grand Rapids, MI 49503-3422
7395555        +Mercy General Health Partners,    Patient Accounts,    1820 44th St. SE,
                 Grand Rapids, MI 49508-5006
7395558         State of Michigan Dept.,    of Treasury,   PO Box 77437,   Detroit, MI   48277-0360
7395559        +Sunrise Credit Services, Inc.,    Po Box 9100,    Farmingdale, NY 11735-9100

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
cr             +EDI: RECOVERYCORP.COM Jun 15 2018 01:58:00     Recovery Management Systems Corporation,
                 For GE Capital Retail Bank,    25 SE 2nd Avenue, Suite 1120,   Miami, FL 33131-1605
7395543         EDI: BANKAMER.COM Jun 15 2018 01:58:00     Bank of America,   Po Box 982235,
                 El Paso, TX  79998
7395544        +E-mail/Text: cms-bk@cms-collect.com Jun 14 2018 22:16:29     Capital Management Services,
                 726 Exchange Street, Ste. 700,    Buffalo, NY 14210-1464
7395545         EDI: CHASE.COM Jun 15 2018 01:58:00     Chase Bank USA,   Chase Cardmember Service,
                 PO Box 15298,    Wilmington, DE  19850-5298
7395546        +E-mail/Text: wwells@choiceone.com Jun 14 2018 22:16:37     Choice One Bank,    109 E. Divison St,
                 Sparta, MI 49345-1380
7395550         EDI: DISCOVER.COM Jun 15 2018 01:58:00     Discover Fin Services,    PO Box 15316,
                 Wilmington, DE  19850
7400730         EDI: DISCOVER.COM Jun 15 2018 01:58:00     Discover Bank,   DB Servicing Corporation,
                 PO Box 3025,    New Albany, OH  43054-3025
7395552         EDI: BANKAMER.COM Jun 15 2018 01:58:00     FIA Card Services,   PO Box 15026,
                 Wilmington, DE  19850-5026
7395549         EDI: IRS.COM Jun 15 2018 01:58:00     Department of the Treasury,    Internal Revenue Service,
                 Po Box 802501,    Cincinnati, OH  45280
7472290        +E-mail/Text: MarcsBankruptcyUnit@michigan.gov Jun 14 2018 22:17:10
                 Michigan Department of Treasury,    Bankruptcy Unit,   PO Box 30168,    Lansing, MI 48909,
                 5 48909-7668
7541076         EDI: RECOVERYCORP.COM Jun 15 2018 01:58:00     Recovery Management Systems Corporation,
                 25 S.E. 2nd Avenue, Suite 1120,    Miami, FL 33131-1605
7395556        +E-mail/Text: creditsupervisors@rogent.com Jun 14 2018 22:17:11    Roger & Hollands,
                 Po Box 879,    Matteson, IL 60443-0879
7395557        +E-mail/Text: cbo-patientliabilitysupportteam@spectrumhealth.org Jun 14 2018 22:16:43
                 Spectrum Health,    1840 Wealthy St SE,   Grand Rapids, MI 49506-2968
7420912         EDI: WFFC.COM Jun 15 2018 01:58:00     Wells Fargo Bank, N.A.,    P.O. Box 19657,
                 Irvine, CA 92623-9657
7395560        +EDI: WFFC.COM Jun 15 2018 01:58:00     Wells Fargo Dealers Services,    Po Box 1697,
                 Winterville, NC 28590-1697
7395561        +E-mail/Text: BKRMailOps@weltman.com Jun 14 2018 22:16:51     Weltman, Weinberg & Reis Co,
                 2155 Butterfield Dr, Ste 200-S,    Troy, MI 48084-3463
                                                                                              TOTAL: 16

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr*            +Fifth Third Mortgage Company,    5001 KINGSLEY DR,   1MOBBW,   CINCINNATI, OH 45227-1114
7493944*       +Daniel . Rudd,    201 S LAKE AVE,    Spring Lake, MI 49456-1940
7395548*        Internal Revenue Service,    PO box 7346,   Philadelphia PA  19101-7346
                                                                                              TOTALS: 0, * 3, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 16, 2018                                          Signature:   /s/Joseph Speetjens

```
District/off: 0646-1           User: jonesl                Page 2 of 2                   Date Rcvd: Jun 14, 2018
                               Form ID: 3180W              Total Noticed: 28
```

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on June 14, 2018 at the address(es) listed below:
              Brett N. Rodgers    ecf@rodgersch13.com, ecfbnrbackup@trustee13.com
              John D. Stoddard    on behalf of Creditor   Wells Fargo Dealer Services
               bankruptcy@fabriziobrook.com
              Marla A. Skeltis    on behalf of Creditor   Fifth Third Mortgage Company mskeltis@rsmalaw.com,
               bankruptcy@rsmalaw.com
              Stephen C. Corwin    on behalf of Debtor Andrea J. Averill Admin@corwinlawyers.com
                                                                                              TOTAL: 4
```

Official Form 3180W (12/15)

**United States Bankruptcy Court**
**Western District of Michigan**
One Division Ave., N.
Room 200
Grand Rapids, MI 49503

| | |
|---|---|
| **IN RE:** Debtor (name used by the debtor in the last 8 years, including married, maiden, trade, and address):<br><br>**Andrea J. Averill**<br>13396 Lime Lake Dr.<br>Sparta, MI 49345−0186<br>SSN: xxx−xx−4738<br><br>**Debtor** | **Case Number 14−04375−jtg**<br><br>**Chapter 13**<br><br>**Honorable John T. Gregg** |

# Order of Discharge

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

Andrea J. Averill
fka Andrea J. Crane, fka Andrea J. Wagenmaker

**By the court:**

**DATE:** June 14, 2018

_____
John T. Gregg
United States Bankruptcy Judge

---

**Explanation of Bankruptcy Discharge in a Chapter 13 Case**

This order does not close or dismiss the case.

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**For more information, see page 2**

**Some debts are not discharged**

Examples of debts that are not discharged are:

- debts that are domestic support obligations;

- debts for most student loans;

- debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.
- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

---

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

---