**RANDALL S. MILLER & ASSOCIATES**

43252 Woodward Ave, Ste 180
Bloomfield Hills, MI 48302

Phone: (248) 335-9200
Fax: (248) 335-1335

August 8, 2018

CM/ECF Help Desk
Western District of Michigan
Bankruptcy Court

RE:   Substitution of Attorney

To Whom It May Concern:

Please be advised that Marla Skeltis is no longer with the firm. Mary Thieme will be representing all Randall S. Miller & Associates, P.C. clients in place of Marla Skeltis.

Sincerely,

*Mary Thieme*

Mary Thieme
Attorney at Law

| | |
|---|---|
| 13-00277 | Philip Chelilim and Joan Chelilim |
| 13-00298 | Tameka Michelle Burnwell |
| 13-02212 | Sharon L. Bigler |
| 13-02286 | Jamie L Schultz |
| 13-03606 | Nilda L Palacio-Lewis |
| 13-04058 | Timothy J. Lundgren and Tessie L. Lundgren |
| 13-09053 | James K. Boone |
| 14-00574 | Rebecca Ann Brenner |
| 14-03939 | Theron W Crawford and Brenda L. Crawford |
| 14-04261 | John William Green, Sr. and Arqulia Lorraine Green |
| 14-04375 | Andrea J. Averill |
| 14-04408 | Marilyn D. Saxman |
| 14-05472 | Arthur Edward Larabee and Barbara Lee Larabee |
| 14-05542 | Lori L. Semans |
| 14-06110 | Daniel G. Boswell and Diana L. Boswell |
| 14-06156-swd | James Allen Micklatcher (deceased) and Christi Natalie Micklatcher |
| 14-06384-jtg | Michael B Szymanski and Penny D Szymanski |
| 14-06749-swd | Dena Lynn Carnes |
| 14-07961-swd | Stephanie Renee Smith |
| 14-90351-jtg | Shaon Michael DeGreif and Kimberly Sue DeGreif |
| 15-00048-jtg | Duane Dishman |
| 15-00185-swd | Russell Alan Ahrens and Patricia Lynn Ahrens |
| 15-00616-jwb | Lynell M Hemphill-Gaertner |
| 15-00620-swd | Brian L. Vandygriff and Theresa A. Vandygriff |
| 15-00670-jtg | Laurie L. Van Atti |

| Case Number | Name |
|---|---|
| 15-00888-jtg | Simon Snoeyer and Melissa M. Snoeyer |
| 15-01140-jtg | Maria G Vassios |
| 15-01715-swd | Steve D. Basch and Linda M. Basch |
| 15-01729-jwb | Neil Sodders and Deana Sodders |
| 15-02157-jtg | Cheryl I. Howell |
| 15-02276-jtg | Robert J. Andresiak and Joann D. Andresiak |
| 15-03002-jtg | Lindsay Bernard Moore |
| 15-03694-jtg | Charles L. Mulder and Peggy J. Mulder |
| 15-04247-swd | Keith A Harter and Donna M Harter |
| 15-04852-swd | Sharon A. Morris |
| 15-05037-jwb | Andrew Dennis Corrado |
| 15-05285-jtg | Terry Lee Higgins and Jodie Marie Higgins |
| 15-05296-jtg | Bret A. Waddell |
| 15-05345-jtg | Joshua John Bower and Sarah Rose Bower |
| 15-05383-swd | Eric J Stanton |
| 15-05628-jtg | Dianna R Lyke |
| 15-05913-swd | Francis A. Rugg, Jr. and Jady J. Rugg |
| 15-06314-swd | Judy Kay Jolley |
| 15-06405-jtg | Barbara A. Nemeth |
| 15-06598-jwb | Jeffery E. Wilson, Jr. |
| 15-06761-swd | Don L. Keskey |