Form **CLOSBK** (10/09)

**United States Bankruptcy Court**
**Western District of Michigan**
One Division Ave., N.
Room 200
Grand Rapids, MI 49503

| | |
|---|---|
| **IN RE:** Debtor (name used by the debtor in the last 8 years, including married, maiden, trade, and address):<br><br>**Andrea J. Averill**<br>13396 Lime Lake Dr.<br>Sparta, MI 49345–0186<br>SSN: xxx–xx–4738<br><br>**Debtor** | **Case Number 14–04375–jtg**<br><br>**Chapter 13**<br><br>**Honorable John T. Gregg** |

# FINAL DECREE

The estate of the above named debtor(s) has been fully administered.

**IT IS ORDERED THAT:**

Brett N. Rodgers is discharged as trustee of the estate of the above named debtor(s) and the bond is cancelled.

The chapter 13 case of the above named debtor(s) is closed.

Daniel M. LaVille
Clerk of Court

**Dated:** August 23, 2018

---

[1] *Aliases for Debtor Andrea J. Averill : fka Andrea J. Crane, fka Andrea J. Wagenmaker*